

# Exhibit 5

Kwame J. Teague
0401897
P.O. Box 399
Manson, NC 27553

June 21, 2012

Ms. Betty Brown,
Director of Chaplaincy
Department of Correction
831 W. Morgan St.
Raleigh, NC 27699-4260

Dear Ms. Brown:

I am writing in response to your letter of March 8, 2012 relative to my request for information regarding the correct procedures to have my religion of secular humanism recognized by the Department of Correction as well as the State of North Carolina. You advised me to prepare and file a "Request for Religious Assistance" (Form DC-572). This I did. However, Mr. Boisvert advised me that secular humanism is not recognized in N.C.

I currently appear in Inmate computer records as a Muslim. This does not reflect my faith. My religion is a form of secular humanism called Ethical Humanism. I am simply seeking information as to the steps I need to take to accomplish my objective of accurate reflection of my religion. I followed your advice, but it has resulted in the same answer (secular humanism is not recognized in N.C.) that caused me to initially write you.

Please help me in this matter. At this point, I am being denied the right of religious expression granted to Muslims, Christians and all other officially-recognized religious. I only want the same treatment that is afforded to these other faith groups.

Thank You,


Kwame J. Teague