# Exhibit 6



July 9, 2012

Chaplain Betty Brown
Director, Chaplaincy Services
4263 Mail Service Center
Raleigh, North Carolina 27699-4263

cc:  Richard.Boisvert@doc.nc.gov
cc:  Kwame Teague

    Re:    **Dept. of Correction's Refusal to Recognize an Inmate's Humanist Beliefs**

Dear Ms. Brown:

    I am writing on behalf of Kwame Teague,[1] who is housed at the Warren Correctional Institution.  Mr. Teague recently contacted us for assistance in regards to his request to change his religious identification to "humanist" in his official records.  We understand that Mr. Teague requested that this change be made pursuant to Chapter H, Section .0104, of the Division of Prison's Policies and Procedures.  We also understand he filed a "Request for Religious Assistance" (Form DC-572).  Mr. Teague tells us that both of these requests were denied because "humanism is not recognized as a religion by the Department of Corrections."

    The American Humanist Association ("AHA") is a national nonprofit organization representing humanists, founded in 1941, with over 10,000 members across the country.  Humanism is a progressive lifestance that, without theism or other supernatural beliefs, affirms our ability and responsibility to lead ethical lives of personal fulfillment that aspire to the greater good of humanity.  It is a comprehensive moral worldview of long-standing that is a central importance to its adherents, comparable to that of theistic religion in the life of a believer.

    Humanism shares characteristics with many more traditional, widespread religions.  It explores fundamental and ultimate questions of life and existence by appealing to science, reason, and our common humanity.  Its beliefs are comprehensive in nature and encompass morality and meaning and purpose in life.  Humanism even attempts to answer questions about the end of life.  A document, the Humanist Manifesto, is a joint expression of humanist beliefs and goals. Humanist celebrants are trained to officiate marriages, funerals, and other life-cycle ceremonies.  Organizations such as AHA provide structure and resources to members.  Humanists often celebrate holidays such as the winter solstice and Darwin Day.

---

[1]  Mr. Teague's inmate number is 0401897.

The Department of Corrections' refusal to recognize a prisoner's humanist beliefs in his official records, and subsequently to grant such prisoner that same rights and privileges granted to members of theistic religions, is an unconstitutional form of discrimination. The Establishment Clause of the Constitution, as part of its mandate of a separation of church and state, forbids government from promoting or favoring any particular religious views. In particular, the Supreme Court has interpreted it to forbid the government from preferring or favoring "those religions based on a belief in the existence of God as against those religions founded on different beliefs." Torcaso v. Watkins, 367 U.S. 488, 495 (1961). "Secular Humanism" is included among the latter group of "religions in this country which do not teach what would generally be considered a belief in the existence of God." *Id.* at n. 11. Accordingly, the law is clear: the government cannot discriminate against certain religious views based on the fact that they are not centered on a belief in a god or gods (or, for that matter, the fact that government officials may not be familiar with or understand them).[2]

There is no doubt that Mr. Teague sincerely shares in these beliefs. While incarcerated, he has explored humanism and come to embrace it as a means of accepting personal responsibility for his life. He seeks the same rights and privileges other prisoners receive to explore and express his religious views. To deny him this is to discriminate against him in violation of the Constitution.

As you know, violations of the civil liberties of inmates may be remedied by bringing suit under 42 U.S.C. §1983. It is my hope that no such suit will be necessary, and that you will do the right thing and change course. We respectfully request that you allow Mr. Teague to change his religious identification to reflect his current beliefs. In addition, we request that you work with Mr. Teague to meet his requests for religious assistance and accommodation, including access to resources, such as books and meeting space. AHA would be more than happy to provide you any particular information and materials to regarding humanism that you may require as part of any such effort.

Please notify me within two weeks of the date hereof with a description of the steps you are taking with regard to Mr. Teague's request.

Thank you for your time and attention to this matter. If you have any questions or would like to discuss this matter further, please do not hesitate to contact me at bburgess@americanhumanist.org or (202) 238-9088 x102.

                                        Sincerely,

                                        William J. Burgess, Esq.
                                        Appignani Humanist Legal Center
                                        American Humanist Association

---

[2] In the prison context, for example, the courts have recognized the right of prisoners to start a number of non-traditional religious groups, including Black Muslims, Rastafarians, the Aryan Brotherhood, and MOVE, Hebrew Israelite, Santeria, Moorish Science Temple, and atheism. *See e.g.* 2 Rights of Prisoners § 7:14 (4th ed.)