# Exhibit 7

# North Carolina Department of Public Safety
## Prisons

Beverly Eaves Perdue, Governor
Reuben F. Young, Secretary

Jennie Lancaster, Chief Deputy Secretary
Robert C. Lewis, Section Chief

July 16, 2012

Mr. William J. Burgess
American Humanist Association
1777T Street, NW
Washington, DC, 20009-7125

Dear Mr. Burgess:

Thank for your letter received at my office on July 13, 2012. You alleged that inmate Kwame Teague, who is housed at Warren Correctional Institution, has requested to change his religious identification to "Humanist Secularism" and has been denied.
You state that he has filed a DC-572 (Request for Religious Assistance Form) but was denied because "humanism" is not recognized as a religion by the Department.

Let me assure you that we have no interest in denying Mr. Kwame his religious preference nor are we engaged in a campaign against Humanism. But the Chaplaincy Services in the NC Department of Public Safety, Prison Section have procedures that must be adhered to if the DC-572 is to reach the appropriate people. We have never received a DC-572 from Mr. Teague or Warren Correctional Institution.

We have made contact with the facility and expects to receive the completed DC-572 within a reasonable period of time. Upon receipt of the DC-572, members of the NC Religious Practice Committee will then review it and subsequently send it up the chain of command with recommendations.

We appreciate your desire to have "Humanism" recognized in the Department of Public Safety Prison Section; but please understand that in a system where the right to practice religion is counterbalanced by custody and security concerns, the process will not be done haphazardly or hastily.

Again thank you for your letter and for in advance for your cooperation.

Sincerely,

Betty A. Brown
Betty A. Brown
Director of Chaplaincy Services

cc: Joyce Kornegay, Donald Mobley



An Equal Opportunity Employer

**MAILING ADDRESS:**
4260 Mail Service Center
Raleigh, NC 27699-4260
www.ncdps.gov

**OFFICE LOCATION:**
831 W. Morgan St.
Raleigh, NC 27699-4260
Telephone: (919) 838-4000
Fax: (919) 838-4749