# Exhibit 8

# North Carolina Department of Public Safety
## Prisons

Pat McCrory, Governor  
Kieran J. Shanahan, Secretary

W. David Guice, Commissioner  
George T. Solomon, Director

May 15, 2013

Kwame Teague #0401897  
Scotland CI #4860  
P. O. Box 1808  
Laurinburg, NC  
Courier No: 14-85-02

Dear Mr. Kwame Teague:

I responded to you via letter on March 15, 2013 regarding your DC-572 request to have "Humanism" as an accommodated faith practice by the North Carolina Department of Public Safety. I also stated that our records determine that you changed your faith on February 11, 2013 to Buddhist.

Now on May 8, 2013 I am in receipt of a second DC-572 requesting "Humanism" again. In reviewing the information you provided, you are referring the "Ethical Humanism Society." We made several attempts to contact the "Ethical Humanism Society." Mr. Best from the information you provided on the DC-572 and have not been successful as of this date. I research information you submitted regarding the "Ethical Humanism Society." I called the number listed on the website for "Ethical Humanism Society", in Chapel Hill, NC and spoke to someone regarding your membership; he could not confirm you being a member. I continued to read the information and could not find the information needed to move forward with your request.

Mr. Teague the purpose of a DC-572 is to assist the Religious Practices Committee in making necessary determination in order to protect the Constitutional rights of inmates. The Religious Practices Committee process is to obtain authentic information and meet with legitimate representatives of all religious groups who have practitioners incarcerated in North Carolina Prison's to discuss how their religious needs can be met within the constraints of a prison environment. To this date we have not been able to authenticate your information.

Religious Practices Committee did not recommend "Ethical Humanism Society" as an established faith within the North Carolina Department of Public Safety, Prisons Section. We are proceeding with good will and asking the facility where you are housed to accommodate you through individual private devotion in your cell, with publications that you may purchase. This is the least restrictive means. However, any books ordered must be within the publication policy guidelines.

It is our desire and policy to offer all inmates their religious rights within the boundaries of legitimate penological custody and security objectives.

Sincerely,

*Betty A Brown*

Betty Brown  
Director of Chaplaincy Services

cc: George Solomon    Cynthia Bostic  
     Sorrell Saunders    Chaplain Gullett



**MAILING ADDRESS:**  
4260 Mail Service Center  
Raleigh, NC 27699-4260  
www.ncdps.gov

*An Equal Opportunity Employer*

**OFFICE LOCATION:**  
831 W. Morgan St.  
Raleigh, NC 27699-4260  
Telephone: (919) 838-4000  
Fax: (919) 838-4749

Case 5:15-ct-03053-BO    Document 1-16    Filed 02/25/15    Page 2 of 2