# Exhibit 9



June 10, 2013

Ms. Betty Brown
Director of Chaplaincy Services
North Carolina Department of Public Safety
4260 Mail Service Center
Raleigh, NC 27699-4260

Dear Ms. Brown –

I have been leaving voice mail messages for you to call me for over a week now. I know that you must be busy but I look forward to hearing from you soon.

I would like to talk to you about Ethical Humanism, also known as Ethical Culture, and Mr. Kwame Teague's application to have Ethical Humanism recognized as an accommodated faith practice by the North Carolina Department of Public Safety.

Ethical Culture/Ethical Humanism, founded in 1876 in New York City by Felix Adler, is a religion free from supernatural elements that focuses on ethical relationships and practices. We are a recognized religious denomination by the U.S. Government.

Some of the history of Ethical Culture/Ethical Humanism can be found on the Wikipedia website at: http://en.wikipedia.org/wiki/Ethical_culture. The website for the Ethical Humanist Society of the Triangle, my congregation in Chapel Hill, is: http://www.ncethicalsociety.org.

I would be more than happy to talk to you about Ethical Humanism, Humanism in general, and answer any questions that you may have.

The best way to reach me is on my cell phone, 919-672-9076.

I hope to hear from you soon.

Sincerely,

Randall Best
Leader (Humanist Minister)
Ethical Humanist Society of the Triangle

CC: James Teague
    Kwame Teague
    George Soloman