# Exhibit 11



Monica Miller <mmiller@americanhumanist.org>

## Trying to get in touch

**Monica Miller** <mmiller@americanhumanist.org>  Mon, Jan 12, 2015 at 6:31 PM
To: betty.brown@ncdps.gov

Hello Ms. Brown,

I tried to reach you today to discuss the letter I sent on behalf of Kwame Teague. Please let me know when you are available to speak.

-Monica

--
Monica Miller, Esq.
Appignani Humanist Legal Center
American Humanist Association
1777 T Street, N.W.
Washington, DC 20009
(202) 238-9088 (x120)
*Member of the California Bar and the D.C. Bar*