AMERICAN HUMANIST ASSOCIATION )
and KWAME JAMAL TEAGUE, )
)
    Plaintiffs, )
)
v. )
)
FRANK L. PERRY, et al., )
)
    Defendants. )

**FILED**

JAN 2 5 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## WRIT OF HABEAS CORPUS

Fully Executed on: 1/24/18
By: _____

**THE GOVERNOR OF THE STATE OF NORTH CAROLINA**

**TO:** Superintendent
Nash Correctional Institution

**GREETINGS:**

**We command** that you produce the body of **KWAME JAMAL TEAGUE #0401897** now held in custody at the **Nash Correctional Institution** in Nashville, North Carolina, and deliver the same to the custody of the United States Marshals Service at the **United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina**, for the purpose of appearing at a hearing scheduled in the above captioned case before the Honorable Terrence W. Boyle, United States District Judge on **Wednesday, January 24, 2018 at 10:00 a.m.**

The authorities of the North Carolina Department of Public Safety, Division of Adult Correction ("DAC") are directed to deliver the prisoner to the United States Courthouse at least 30 minutes prior to the hearing and, when the prisoner has served his purpose and is released by the court, return him to the appropriate prison facility. The DAC shall also bring to the attention of the United States Marshal any medical or security concerns regarding the prisoner.

Copies of this Writ will be certified to the Director of Prisons, State of North Carolina, Raleigh, North Carolina; North Carolina Prisoner Administration; the Attorney General of North

Carolina; the Warden or Superintendent of the prison unit in which the prisoner is presently held; and the United States Marshal, Raleigh, North Carolina.

SO ORDERED, this 9th day of January 2018.

Robert B. Jones, Jr.
United States Magistrate Judge

-2-

Case 5:15-ct-03053-BO   Document 98   Filed 01/09/18   Page 2 of 2
Case 5:15-ct-03053-BO   Document 100   Filed 01/25/18   Page 2 of 2