IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:15-ct-03053-BO

| | |
|---|---|
| AMERICAN HUMANIST ASSOCIATION AND KWAME TEAGUE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRANK L. PERRY, *et al.*,<br><br>　　　　Defendants. | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES** |

　　Plaintiffs Kwame J. Teague ("Teague") and American Humanist Association ("AHA") (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7.1, hereby give notice of their withdrawal of their Motion for Attorneys' Fees and Litigation Expenses (D.E.106), filed on April 26, 2018 (the "Fee Petition"). The parties have resolved the issues and request for fees and expenses addressed in the Fee Petition by private agreement. Plaintiffs' counsel has conferred with Defendants' counsel regarding this matter, and Defendants consent to the filing of this notice.

　　Respectfully submitted, this 10th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　*/s/ Monica L. Miller*
　　　　　　　　　　　　　　　　　　　　MONICA L. MILLER
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　American Humanist Association
　　　　　　　　　　　　　　　　　　　　1821 Jefferson Place NW
　　　　　　　　　　　　　　　　　　　　Washington, DC, 20036
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 238-9088
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 238-9003
　　　　　　　　　　　　　　　　　　　　Email: mmiller@americanhumanist.org
　　　　　　　　　　　　　　　　　　　　CA Bar: 288343 / DC Bar: 101625


　　　　　　　　　　　　　　　　　　　　David A. Niose
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

American Humanist Association
1821 Jefferson Place NW
Washington, DC, 20036
202-238-9088 ext. 119
Fax: 202-238-9003
Email: dniose@americanhumanist.org
MA Bar: 556484/ DC Bar 1024530


*/s/ J. Christopher Jackson*
J. Christopher Jackson
N.C. State Bar No. 26916
Email: cjackson@morningstarlawgropu.com
John T. Kivus
N.C. State Bar No. 42977
Email: jkivus@morningstarlawgroup.com
Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC  27601
Telephone:  (919) 829-7394
Facsimile:  (919) 829-7396
*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that I electronically filed the **Plaintiffs' Notice of Withdrawal of Motion for Attorneys' Fees and Litigation Expenses** with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participant(s):

> Joseph Finarelli
> Special Deputy Attorney General
> North Carolina Department of Justice
> Post Office Box 629
> Raleigh, North Carolina 27602-0629
> Email: jfinarelli@ncdoj.gov

This 10th day of July, 2018.

/s/ *J. Christopher Jackson*
J. Christopher Jackson
N.C. State Bar No. 26916
Email: cjackson@morningstarlawgroup.com
Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC 27601
Telephone: (919)-829-7394
Facsimile: (919)-829-7396
*Counsel for Plaintiffs*